UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GUCCI AMERICA, INC.,

            Plaintiffs,

-against-

IC MEDIA, LLC d/b/a SHOPHQ, et al.,

            Defendants.

No. 25-CV-3563 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    Before ruling on the motion by counsel for Defendant IV Media, LLC d/b/a ShopHQ to withdraw as counsel, counsel shall confer and inform the Court by letter of the status of the action no later than October 2.

**SO ORDERED.**

Dated:    September 25, 2025
           New York, New York

*Loretta A. Presha*
LORETTA A. PRESKA
Senior United States District Judge