

151 West 42nd Street, 17th Floor
New York, NY 10036

**John P. Margiotta**
Partner

T 212.813.5957
jmargiotta@fzlz.com

**BY ECF**

April 15, 2026

Hon. Loretta A. Preska
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2220
New York, NY 10007

**Re:**   *Gucci America, Inc v. IV Media, LLC et al*, **Case No. 1:25-cv-03563-LAP (S.D.N.Y.)**

Dear Judge Preska,

We represent Plaintiff Gucci America, Inc. ("Gucci") in the above-referenced matter. We write in response to the Court's Order, dated March 17, 2026 (ECF No. 38) to update the Court on the status of settlement discussions.

To remind the Court, at the Initial Pretrial Conference held on July 8, 2025, the Court ordered the parties to engage in informal discovery. In particular, the Court directed Defendants IV Media, LLC ("IV Media") and Famjams Trading LLC ("Famjams" and, together with IV Media, "Defendants") to make voluntary document productions regarding their sales and sources of alleged counterfeit products and to make a voluntary witness (or witnesses) available for informal witness interviews regarding the same. Defendants have produced documents pursuant to the Court's order at the Initial Pretrial Counsel, and the parties conducted interviews of Defendants' witnesses in late October and mid-November.

Gucci reviewed the documents produced by Defendants and the information provided by Defendants' witnesses and sent monetary demands to both Defendants in January. Defendants rejected Gucci's monetary demands. Since the last update,

Hon. Loretta A. Preska
April 15, 2026
Page 2

the parties have made no progress on their discussions, and Gucci now believes that the case should move forward.

Upon resuming proceedings, Gucci respectfully requests a conference at the Court's earliest convenience to set a discovery schedule, or we are happy to submit a proposed schedule if the Court prefers.

We thank the Court for its continued attention to this matter.

Respectfully submitted,

*/s/ John Margiotta*

John P. Margiotta

cc:  All counsel of record (via ECF)