UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gucci America, Inc.,

Plaintiff,

-against-

IV Media, LLC, et al.,

Defendants.

No. 25-CV-3563 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The parties shall confer and submit a joint proposed case management plan no later than September 4, 2026.

The parties shall appear telephonically for a status conference on September 9, 2026, at 9:30 AM. The dial in is 1-855-244-8681, the access code is 231-900-63202.

**SO ORDERED.**

Dated: August 12, 2026
New York, New York

Loretta A. Preska

LORETTA A. PRESKA
Senior United States District Judge