UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Gucci America, Inc.,<br><br>Plaintiff,<br><br>-against-<br><br>IV Media, LLC, et al.,<br><br>Defendants. | No. 25-CV-3563 (LAP)<br><br><u>ORDER</u> |

LORETTA A. PRESKA, Senior United States District Judge:

The parties shall appear telephonically for a status conference on November 23, 2026 at 2:00 PM. The dial in is 1-855-244-8681, the access code is 231-900-63202.

**SO ORDERED.**

Dated: November 12, 2026
New York, New York

Loretta A. Preska

LORETTA A. PRESKA
Senior United States District Judge